UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONJA TABBERT, Ancillary Personal
Representative of the Estate of Kenneth
Tabbert,

       Plaintiff,                            Case No. 05-CV-71288-DT

v.

R.J. MARSHALL COMPANY,

       Defendant.
                                           /

### ORDER GRANTING "APPLICATION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD" AND STAYING CASE

Pending before the court is an "Application for Leave to Withdraw as Counsel of Record," filed by Plaintiff's counsel on August 1, 2005.  The court conducted a hearing on the motion on August 24, 2005.  The court questioned both Plaintiff's attorney and Plaintiff herself, who was present at the hearing, regarding the substance of the motion.  For the reasons stated fully on the record,

IT IS ORDERED that Plaintiff's counsel's "Application for Leave to Withdraw as Counsel of Record" [Dkt. # 8] is GRANTED.  Richard Steinberg and Kevin Boissoneault are WITHDRAWN as counsel of record in this matter.

IT IS FURTHER ORDERED that this case is STAYED until **October 19, 2005**, to allow Plaintiff sufficient time to obtain substitute counsel.  If a substitute attorney does not file an appearance by such time, Plaintiff is DIRECTED to file a memorandum on or before **October 19, 2005** stating either that (1) she desires to represent herself and continue the lawsuit; (2) she desires to drop the lawsuit entirely; or (3) she desires to

continue the lawsuit and requires more time to find an attorney. If Plaintiff requests more time to find an attorney, she should specifically detail the diligent efforts she has made to obtain representation.

IT IS FURTHER ORDERED that any outstanding Requests for Admission shall not be deemed admitted during the pendency of the stay of this case. Responses to any outstanding discovery requests shall be due 30 days after the stay is lifted in this case.

 S/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  August 25, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 25, 2005, by electronic and/or ordinary mail.

 S/Lisa G. Teets  
Case Manager and Deputy Clerk  
(313) 234-5522